cc: dae

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 09 2010

at 1 o'clock and 09 min. P M.
SUE BEITIA, CLERK

Presented by:
Jehovah's & Jesus' Kingdom
Dr. T. Lee Ketchmark, Ph.D.
85-175 Farrington Hy C303
Waianae, HI JJK 96792
1808-696-2468

U.S. District Court - Honolulu

CV 10 00725 DAE LEK

Jehovah's & Jesus' Kingdom inc. in Hawaii
Dr. T. Lee Ketchmark in Forma pauperis
85-175 Farrington Hwy. C-303 His Heirs &
Waianae, HI JJK 96792-2145 assigns

Vs.

Versus

BARACK OBAMA
Linda Lingle
Mufi Hanneman
NEIL ABERCROMBIE
PETER CARLISLE

Complaints for Damages & other Relief, as Follows, per se & a class action for other Handicapped people.

On This Date, December 9th, 00 2010 A.D. I, T. Lee (Truman) Ketchmark did put in the U.S. Mail to Linda Lingle a copy of the complaint to: 425 Queen St., Hon. Hi. 96813 Att. Gen.

PAGE 1.

Truman Lee Ketchmark

SUMMARY: {Governors / attorney generals

Count #1. All past Judges refusing to Hear my cases of False arrest, Kidnapping, Hostage Holding, Torture & Ranson. Reprisals.

RELIEF

All above Judges should have the Same Treatment Times 7 as per 2ND Samuel :21 + the Holy Bible, plus $100,000.00 Fine/yr. I want my money BACK - Head TAX.

Including Courts of appeal in San Francisco.

Count #2. Justice Foundation for negligence. Failing to offer me a grant as partial compensation for the above and lack of Justice.

Count #3. Police officer (alledged) D. Hookano after Talking on the Police Radio looking for outstanding WARRANTS came back & I said, "Did They Tell you, I sue police for False arrests such as this?" THIS was a Reprisal. He Had said, you might get a Ticket for this.

Continued:

Count #3. He also said, "lied Twice":
A. It will cost $130. B. They will only Bill you Forever.

A. It cost $150. & B. They put a stopper on my Drivers License.

Count #4. vs. Ronald Moon: Failure to allow me to cross examine my accuser(s).

For Relief: His Head tax is I want my Money Back $100,000.00/year to 1990. or Later —
Back to the year Mr. Miranda was shot or executed without a Trial or His miranda Rights or a psychologist. I was There, living @ Keehi.

Count #5. All Those involved in putting a $5 million, then a $25 million Reward on Ben Laden's Head. Now they ticket me, Trying to Find Him. Relief: $25 million or $5 million minimum each, whichever is greater.
3. Judged without a Trial.

Count #6 - U.S. POST OFFICE

I applied for and Received non-profit organ. authorization to purchase stamps for less or free. MR. AMA Refused to have any for his employees to give or sell me, for my non-profit organization.

Count #7.

I sent 5-7 Boxes media mail, They were Returned not media mail. A lady playing Postmaster opened two. 1 was full of VCR cassettes, The other a Christmas Tree (plastic). They kidnapped the 5 to 7 Boxes.

Relief for Counts 6 & 7 @ $100,000.00 each = $200,000.00

Total attorney fees are $90.3 million more than Gary Galihers 90.2 million

 A new Record for Hawaii State.

Count #8. All U.S. Surgeon Generals not Requiring Health Hazard warnings for unBorn & using machinery, etc. NOT C. Evertt Koop.
or TIMES 7 = 2 SAMUEL 21:17

Relief: $700,000.00 each

Count #9.

Ed Underwood & Harbormasters {H.ST. DLNR BOR} violating my ambassadorial immunity and my U.S. Civil Rights of 1968 & Revised in 1988 and H.R.S. 515: change Rules To Help Handicapped not Hurt the Handicapped. Forced to Take "The old Boat out past Bouy #1" & Hopefully & prayerfully Back.

Relief: A new 34' Boat AND 20 years @ — $100,000.00 Per year To 1990 and guest slip fees Paid for in advance on all Islands I may Be a guest. Plus all Past Bills Be erased, or expunged from Harbor-master Ken Chee's "misunderstanding".

 "The old Boat" never Left.

Count #10. Leroy Pasalo and P. officer (alledged) Mederious falsely arrested me by Kidnapping, Hostage Holding, Torture & Ransoming. I was again acquitted. —
Plus the Loss of their Drivers License 30 years.

WITNESS: LEON LUCE..

Relief $ 100,000.00
Fee to change air Ticket: $100.00

Count #11.

Nine pages of False Tickets were argued and won caused by Harbor masters while I am on a mission building Kingdawn Halls off-Island.

HBRM: NANCY Murphy & Suzie Keelikuli

Relief... $100,000.00 Each Page
9 pages or × 2 = $1,800,000.00.

Count #12. All Tobacco Companies.
Lack of Hazard Warnings on
Packages. Loss of Brother Steven.

Surgery to my Brother Steven
who died 03-05-002007.
A. Double Hernia repaired with
imperfect materials caused
Khrons (Crones Disease) cuts and Leakages
internal, surgery at 1 year old. 1955.

Relief.. myself $1,000,000.00
My Brothers family: Corrine $1,000,000.00
Others ... $1.2 Billion (a new record)
a class action for 2 or more
and/or for my Foundation, the Steven C. Ketchmark Foundation
Request for Juris ad Litem
I recommend Gary Galiher and
Marjory Bronster to be my
Juris ad Litems for Greg Ryan 3
Thomas C. Zizzi.

Count #14. I WROTE U.S. Dept. of Energy FOR A Solar Grant. They Referred me To Hawaii STATE Dept. of Energy, Honolulu. They Referred me To H.C.A.P. Honolulu Community Action Program. They Refused me a grant. DAD, G.C, Worked HARD FOR The U.S. $2 Trillion Budget. He HAS 2 Titanium Knees. He Helped build DAMS. Relief ... $10,000.00

Count #13. I asked for a Reverse mortgage. I was Refused by U.S.H.U.D. and U.S.F.H.A. Discriminates against my Building, I was Told.

Relief ... $1,000,000.00

I need space

A. Office Space

B. Warehouse space

C. House

D. FARM

12-2010 HCAP. TORE THEIR Building Down.

8. Did They Receive a grant FOR A NEW ONE?

Count #15. Vs. H. ST. D of L & NR &
B.O.R. (Boating & Ocean Recreation)

I want (Demand) my money Back from their Harrassing NON-PROFIT organization. About: $20,000.00
Also:
I want (Demand) State of Hawaii Deliver my Boat HA 9726-C to our Lot Located at 14-3555 Lehua Road, Nanawale, Hi 96778 outside of PAHOA, Big Island, Hi. by 6-15-2011. Our Boat Stands in the FRONT YARD.
2011 is the 400th Anniversary of The King James Bible of 1611.
&
Also The 30th Anniversary of The New World Translation of The Holy Scriptures.

We are tax exempt as per our US IRS 501-c-3. attached.

Count #16.
Honolulu County Real property TAX Dept. has Raised our TAXES from $100.00/year to $300.00 yr. 300% increase. Reprisals?

Our U.S. IRS 501-c says, "We are TAX exempt." Therefore We want all our Taxes refunded.

We believe water, sewer & garbage of $350.00 is a TAX from 1998 We would like refunded also for 12 years. I don't pay this in Nanawale.

about $4,000/year for 12 years = $48,000.00

Count #17.
We Have Been Refused a general Excise Tax exemption by State employees. Discrimination. One or more times. Median social security income of: 14,000.00 yr. @ 5% = $700.00 per year from 1990 for 21 years Equals = $14,700.00

Losses therefore = $14,700.
penalty is times 7 (2nd Samuel 21:1+) $102,900.00

Totals... $117,600.00

COUNT #18. vs. { The Head of the STATE D.O.T.; The Head of the Water Dept; and the Head of the A.T. & T.

a fund Raiser for our non-profit Organization. } One Year's gross Wage OF EACH OF The 3 Heads of their Co.

The Head TAX.

They HAVE committed manslaughter & Woman slaughter by not Repairing the ROAD including electric flashing Buttons.

THis after they Ripped up, or their agents Ripped up, the Road TO put in NEW phone lines & Water lines.

THE D.O.T. Head is slow TO put in a cross-walk where it is needed Adjacent TO the existing one. Also SLOW TO Replace the yellow FLASHING Lights at the Sides of the Cross-walks. PerHaps with 120 Volt Electric instead of 12 Volt SOLAR if the 12 VOLT Battery Was STOLEN, etc.

COUNT #19. VS. - OFFICE Depot &
MAKAHA SURFSIDE CONDOMINIUM.

2. (TWO) slip and Falls on
unmopped mop WATER.

One is on file and unheard at
H. ST. DIST. COURT - NANAKULI
Judge FONG.

$10,000.00 each for Pain, Suffering,
Negligence.

$20,000.00

COUNT #20. VS: THE STATE OF HAWAII

ERRORS, OMISSIONS, NEGLIGENCE, NEGLECT, in Education.
of The $30 million grant to the Library, Dept. of Health, & U. Hawaii, a stimulus grant. 11-2010.

For a mono filament line to connect the 3 for better laser communications.

The Dept. of Health received $300 million of my Tobacco settlement funds of $1.2 Billion. Also the U. of H. - $300 million " ".

The State Library receives grants from the State Legislature all it needs.

If someone needs information - 'walk across the street,' to the Library.

COUNT #20 ~ RELIEF:
I understand RANDY HACK and Julian Lipshear would probably not want to walk across the street.

They have had a gallon of gas thrown down their? Hall.

They never return my calls.

Never grant me a grant application Can't or won't tell me where the Tobacco Settlement fund of $300 million is or went to.

Our non-profit needs the $30. million more than their non-profit Org.

Where the need is greatest.

Compensation for negligence: $30 million

Count 21: Environmental negligence.

all gasoline Companies for lead in gasoline unnecessarily. Poisoning people for Decades.

The Head Tax - The Chairman

of The Boards of Directors

of The Top 10 Richest companies should decide on a sliding scale who pays and How much of The $1.2 Billion Compensation To: Jehovah's &

16. Jesus' Foundation for Handicapped. Same as Tobacco Companies.

Count 22 -
Since God's Kingdom ... is to "crush and put to an end to all these Kingdoms." Daniel 2:44
"And the wild beast that was but is not, it is also itself an eighth King, but springs from the seven, and it goes off into destruction." Revelation 17:11
Since The League of Nations and now the United Nations fit these 2 scriptures we find them guilty of Ruling in opposition To King Jesus' Peaceful Rule. Revelation 17:12-14.

Count 22 - Relief

Change the name to:
{Almighty {God & King} {Mighty {God & King
THE {Jehovah, & Jesus'
Kingdaum Building

All rooms are to pay
$666.66 per month.

All security Council
Countries are to pay
$10,000.00 per month.

Rent for 2010 is Due
By December 31, 2010, or 3-31-2011.

yearly paid. Checks
are to be cashier checks.
To the Order of:

Jehovah, & Jesus' Kingdom
85-175 Farrington Highway C-303
Waianae, Hi 96792.

# Bill - Statement

Dec. 9, 2010 Portal to Portal at $200./HR

4 hours = 2 Down 2 Back = $800.00

4 Hours in Copy Shop / U.S.D.CT./ USPO = $800.00

$200.00 per page @ 22 pages $4,400.00

152 Copies @ 7¢ + TAX ..... 11.14

Due 12-30-2010 ............ $ 6,011.14

+ postage to follow

Please pay These Bills! TODAY. $6,011.14

On this Date: December 9th, 002010 A.D./CE I, T. Lee Ketchmark Did put in the U.S. Mail To Eric H. Holder, Jr. attorney gen. of the U.S. @ RFK Bldg. 950 Pennsyvania Ave. N.W., WA. DC. 20530-2000

19. Signed: T. Lee (Truman) Ketchmark

Count #1. Relief For: $1,000,000.00 +
Count #2. $100,000.00
Count #3. $ 100,000.00
Count #4. $ 2,000,000.00
Count #5. $ 25,000,000.00
Count #6. $ 100,000.00
Count #7. $ 100,000.00
Count #8. $ 700,000.00
Count #9. $ 2,000,000.00
Count #10. $ 100,100.00
Count #11. 1,800,000.00
Count #12. 2,000,000.00
Class action for others... $1,300,000,000.00
attorney Fees... $90,300,000.00
I want 50% for my non-profit org. of the attorney Fees.
Count #13. $ 1,000,000.00
Count #14. ... $ 10,000.00
Count #15. ... $ [illegible],000.00
Count #16. $ 48,000.00
Count #17. $ 117,600.00
Count #18. $ 300,000.00 OR MORE
Count #19. $ 20,000.00
Count - 20. $ 30,000,000.00
Count - 21. $ 1,200,000,000.00
Count - 22. AMTS TO FOLLOW.
PAGE 20. TOTAL LESS #22 = $

Court Order

Now Comes The honorable Judge

---

and

grants Juris ad litems To Help A.D.A. Handicapped person T. Lee (Truman) Ketchmark as Listed:

1. Marjorie Bronster -
2. Gary Galiher -
3. Greg Ryan - 352-4917
4. Thomas C. Zizzi - 696-2200

Date ______________________

Judge ______________________

Court Order

Now Comes the Honorable Judge,

______________________________ ,

and
Finds Relief for the Plaintiff
in the amount of

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
2 CUPANIA CIRCLE
MONTEREY PARK, CA 91755-7406

DEPARTMENT OF THE TREASURY

Date: FEB 13 1995

JEHOVAHS CHRISTIAN WITNESS-JEHOVAH
AND JESUS KINGDOM INC
4 SAND ISLAND ROAD NO 0039
HONOLULU, HI 96819-4319

Employer Identification Number:
99-0291753
Case Number:
955026051
Contact Person:
TYRONE THOMAS
Contact Telephone Number:
(213) 894-2289
Our Letter Dated:
December 02, 1991
Addendum Applies:
No

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Because this letter could help resolve any questions about your private foundation status, please keep it in your permanent records.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

also: Case # 9512 39012
of 12-2-91

Richard R. Orosco
District Director

UNITED STATES POSTAL SERVICE
Memphis, TN 38165-9599

01/06/2004
Authorization No. 0816613-LRB

JEHOVAHS AND JESUS KINGDOM
85-175 FARRINGTON HWY
WAIANAE, HI 96792-2154

Dear Postal Customer:

Your application for Nonprofit Standard Mail rate mailing privileges has been approved. Effective 11/28/2003, your organization is authorized to mail at the Nonprofit Standard Mail rates at WAIANAE, HI 96792.

Everything you present for mailing under this authorization must be prepared in accordance with the postal regulations that govern this class of mail. Therefore, please note the following requirements, as specified in E670.6 of the Domestic Mail Manual:

> All matter mailed at the Nonprofit Standard Mail rates must identify the authorized nonprofit organization. The name and return address of the authorized nonprofit organization must be either on the outside of the mailpiece or in a prominent location on the material being mailed. Pseudonyms or bogus names of persons or organizations may not be used. If the mailpiece bears any name and return address, it must be that of the authorized nonprofit organization.

This authorization does not extend to mailings made at post offices other than the one named above. Also, please note that under E670.5 of the Domestic Mail Manual, your organization is authorized to mail only its own matter at these rates. You may not delegate or lend the use of your Nonprofit Standard Mail authorization to any other person or organization. Doing so could result in the revocation of your authorization.

Prior to your first mailing, please contact the above-named post office to ensure all applicable fees are paid. Additionally, you must mail under this authorization at least once every two years. Unless you do so, your Nonprofit Standard Mail rate authorization will be revoked for nonuse.

If you have not already done so, please contact the post office named above to discuss entry of your mail under this authorization.

PLEASE CITE YOUR AUTHORIZATION NUMBER AS GIVEN ABOVE IN ALL FUTURE CORRESPONDENCE WITH US, INCLUDING REQUESTS FOR ADDITIONAL MAILING POINTS.

Thank you for your business.

Sincerely,

Edward S. Walker
Manager
Rates and Classification Service Center

**Jehovah's & Jesus' Kingdom**

10-15-98 A.D. Aloha!
Gov. Ben Cayetano; Mike Wilson, Legislature
Robt Rushforth
Dave Paroon
etc etc

Dr. T. Lee Ketchmark
1741 Ala Moana Blvd. #100 Hon. HI! JJK 96815-1450

7 In the near future, Christ will judg
people of the nations on the basis of hov
they have acted toward his brothers yet o
earth. We read: "When the Son of man ar
rives in his glory, and all the angels witl
him, then he will sit down on his gloriou
throne. And all the nations will be gath
ered before him, and he will separate peo
ple one from another, just as a shepher
separates the sheep from the goats. And h
will put the sheep on his right hand, bu
the goats on his left. . . . The king will say
to [the sheep], 'Truly I say to you, To th
extent that you did it to one of the least o
these my brothers, you did it to me.' . .
And [the goats] will depart into everlast-
ing cutting-off, but the righteous ones int
everlasting life."—Matthew 25:31-46.

Mahalo! Dr. T. Lee Ketchmark